IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      v.                                             16-CR-46-FPG

EUGENE GOSY,

            Defendant.

---

## GOVERNMENT'S 3500 EXHIBIT LIST

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and the undersigned, of counsel, hereby submit the attached Government's Trial Exhibit List in the above-entitled case.

      DATED:     Buffalo, New York, December 9, 2019.

      JAMES P. KENNEDY, JR.
      United States Attorney

BY:   s/ MAURA K. O'DONNELL      BY:   s/ JONATHAN P. CANTIL
       Assistant United States Attorney         Assistant United States Attorney
       United States Attorney's Office          United States District of New York
       Western District of New York           Western District of New York
       138 Delaware Avenue               138 Delaware Avenue
       Buffalo, New York  14202            Buffalo, New York  14202
       716-843-5816                   716-843-5795
       Maura.ODonnell@usdoj.gov       Jonathan.Cantil@usdoj.gov

BY:   s/ BRENDAN T. CULLINANE
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York  14202
       716-843-5875
       Brendan.Cullinane@usdoj.gov

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X  Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| **W.A.**<br>**3501** | | | |
| 3501A | Grand Jury Transcript of W.A. on 10/03/2017 | | |
| 3501B | Report of Interview of W.A. on 10/03/2017 | | |
| **Babcock, Susan**<br>**3502** | | | |
| 3502A | Grand Jury Transcript of Susan Babcock on 07/11/2017 | | |
| 3502B | Report of Interview of Susan Babcock on 07/06/2017 | | |
| **Baldwin, Clifford Dale**<br>**3503** | | | |
| 3503A | Report of Interview of Clifford Dale Baldwin on 06/30/2017 | | |
| **M.B.**<br>**3504** | | | |
| 3504A | Report of Interview of M.B. on 06/30/2017 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | __X__  Government<br>_____  Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Bevilacqua, Stephen**<br>**3505** | | |
| 3505A | Report of Investigative Activity [DEA-6] by Stephen Bevilacqua dated 08/07/2014 | | |
| 3505B | Report of Investigative Activity [DEA-6] by Stephen Bevilacqua dated 10/23/2014 | | |
| 3505C | Report of Investigative Activity [DEA-6] by Stephen Bevilacqua dated 01/30/2015 | | |
| | **Biddle, Paul**<br>**3506** | | |
| 3506A | Report of Interview of Paul Biddle on 05/19/2014 | | |
| | **Bingheimer, Mary**<br>**3507** | | |
| 3507A | Report of Interview of Mary Bingheimer on 11/20/2017 | | |
| | **Black, Frank**<br>**3508** | | |
| 3508A | Report of Interview of Frank Black on 03/14/2018 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | <u> X </u> Government<br>_____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Blatner, Deborah<br>3509** | | |
| 3509A | Report of Interview of Deborah Blatner on 05/28/2013 | | |
| | **Bonacci, Darlene<br>3510** | | |
| 3510A | Report of Interview of Darlene Bonacci on 09/14/2014 | | |
| | **Bossert, Kenneth<br>3511** | | |
| 3511A | Report of Interview of Kenneth Bossert on 03/28/2014 | | |
| | **Breedlove, Robert<br>3512** | | |
| 3512A | Report of Interview of Robert Breedlove on 10/01/2013 | | |
| | **Brennon, Tammy<br>3513** | | |
| 3513A | Report of Interview of Tammy Brennon on 06/10/2015 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X Government<br>Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| | **Brummer, Harvey<br>3514** | | |
| 3514A | Report of Interview of Harvey Brummer on 03/07/2017 | | |
| | **Brummer, Jeffrey<br>3515** | | |
| 3515A | Report of Interview of Jeffrey Brummer on 03/09/2017 | | |
| | **Buckley, Donna<br>3516** | | |
| 3516A | Grand Jury Transcript of Donna Buckley on 08/08/2017 | | |
| 3516B | Report of Interview of Donna Buckley on 07/25/2017 | | |
| | **Burtis, James<br>3517** | | |
| 3517A | Report of Interview of James Burtis on 03/02/2015 and 03/05/2015 | | |

4

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| **UNITED STATES DISTRICT COURT** <br> **WESTERN DISTRICT OF NEW YORK** <br> **3500 EXHIBIT LIST** <br> **U.S. v. Eugene Gosy** | | | |
| Case No.    16-CR-46-G <br> Date:        12/09/2019 | | _X_ Government <br> ____ Defendant | |
| **Campagna, Donna** <br> **3518** | | | |
| 3518A | Report of Interview of Donna Campagna on 10/18/2017 | | |
| **T.C.** <br> **3519** | | | |
| 3519A | Grand Jury Transcript of T.C. on 09/12/2017 | | |
| 3519B | Report of Interview of T.C. on 07/18/2017 | | |
| 3519C | Report of Interview of T.C. on 09/12/2017 | | |
| **Carter, Amy** <br> **3520** | | | |
| 3520A | Grand Jury Transcript of Amy Carter on 03/21/2017 | | |
| 3520B | Report of Interview of Amy Carter on 01/11/2017 | | |

5

| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | | |
|---|---|---|---|
| Case No.   16-CR-46-G<br>Date:   12/09/2019 | | _X_ Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| **Castellana, Jill**<br>**3521** | | | |
| 3521A | Report of Interview of Jill Castellana on 03/23/2017 | | |
| **Cates-Wessel, Kathryn**<br>**3522** | | | |
| 3522A | Email Communications of Kathryn Cates-Wessel on 07/16/2013 | | |
| **Chapman, Anne Marie**<br>**3523** | | | |
| 3523A | Grand Jury Transcript of Anne Marie Chapman on 03/21/2017 | | |
| 3523B | Report of Interview of Anne Marie Chapman on 07/27/2016 | | |
| **L.C.**<br>**3524** | | | |
| 3524A | Grand Jury Transcript of L.C. on 10/03/2017 | | |
| 3524B | Report of Interview of L.C. on 09/19/2017 | | |

6

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X   Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3524C | Report of Interview of L.C. on 10/07/2017 with attached handwritten agent notes | | |
| | **Ciesielski, Joanne 3525** | | |
| 3525A | Grand Jury Transcript of Joanne Ciesielski on 10/03/2017 | | |
| 3525B | Report of Interview of Joanne Ciesielski on 08/25/2017 | | |
| 3525C | Report of Interview of Joanne Ciesielski on 09/07/2017 | | |
| 3525D | Report of Interview of Joanne Ciesielski on 10/03/2017 | | |
| | **Cortese, Sharon 3526** | | |
| 3526A | Report of Interview of Sharon Cortese on 01/22/2016 | | |
| | **Cowell, Joseph 3527** | | |
| 3527A | Grand Jury Transcript of Joseph Cowell on 12/22/2015 | | |

7

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X   Government ____ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| 3527B | Grand Jury Transcript of Joseph Cowell on 12/29/2015 | | |
| 3527C | Grand Jury Transcript of Joseph Cowell on 02/02/2016 | | |
| 3527D | Grand Jury Transcript of Joseph Cowell on 02/16/2016 | | |
| 3527E | Grand Jury Transcript of Joseph Cowell on 03/15/2016 | | |
| 3527F | Grand Jury Transcript of Joseph Cowell on 03/22/2016 | | |
| 3527G | Grand Jury Transcript of Joseph Cowell on 03/29/2016 | | |
| 3527H | Grand Jury Transcript of Joseph Cowell on 04/19/2016 | | |
| 3527I | Grand Jury Transcript of Joseph Cowell on 04/26/2016 | | |
| 3527J | Grand Jury Transcript of Joseph Cowell on 02/14/2017 | | |
| 3527K | Grand Jury Transcript of Joseph Cowell on 03/21/2017 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X  Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3527L | Grand Jury Transcript of Joseph Cowell on 04/11/2017 | | |
| 3527M | Grand Jury Transcript of Joseph Cowell on 06/27/2017 | | |
| 3527N | Grand Jury Transcript of Joseph Cowell on 07/11/2017 | | |
| 3527O | Grand Jury Transcript of Joseph Cowell on 10/10/2017 | | |
| 3527P | Grand Jury Transcript of Joseph Cowell on 11/07/2017 | | |
| 3527Q | Report of Investigative Activity [DEA-6] by Joseph Cowell spanning 2013 thru 2016 | | |
| 3527R | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 03/06/2013 | | |
| 3527S | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 03/26/2013 | | |
| 3527T | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 03/28/2013 | | |
| 3527U | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 04/15/2014 | | |

9

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X Government<br>___ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| 3527V | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 08/14/2014 | | |
| 3527W | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 03/12/2015 | | |
| 3527X | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 03/13/2015 | | |
| 3527Y | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 03/19/2015 | | |
| 3527Z | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 09/08/2015 | | |
| 3527AA | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 11/04/2015 | | |
| 3527AB | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 02/09/2016 | | |
| 3527AC | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 04/27/2016 | | |
| 3527AD | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 02/27/2017 | | |
| 3527AE | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 03/03/2017 | | |

<table>
<tbody>
<tr>
<td colspan="4">

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**3500 EXHIBIT LIST**
**U.S. v. Eugene Gosy**

</td>
</tr>
<tr>
<td colspan="2">Case No.    16-CR-46-G<br>Date:       12/09/2019</td>
<td colspan="2">  X   Government<br>____ Defendant</td>
</tr>
</tbody>
</table>

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| 3527AF | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 10/23/2017 | | |
| 3527AG | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 11/07/2017 | | |
| 3527AH | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 11/14/2017 | | |
| 3527AI | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 7/01/2019 | | |
| 3527AJ | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 4/10/2019 (Chapman) | | |
| 3527AK | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 5/14/2019 | | |
| 3527AL | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 4/09/2019 | | |
| 3527AM | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 4/10/2019 (Ciesielski) | | |
| 3527AN | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 5/30/2019 | | |
| 3527AO | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 4/08/2019 | | |

11

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X  Government ____ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| 3527AP | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 7/01/2019 | | |
| 3527AQ | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 5/20/2019 | | |
| 3527AR | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 5/14/2019 | | |
| 3527AS | Report of Investigative Activity [DEA-6] by Joseph Cowell dated 5/20/2019 | | |
| 3527AT | Report of Investigative Activity [DEA-6} by Joseph Cowell dated 8/06/15 | | |
| | **Cowie, Albert 3528** | | |
| 3528A | Report of Interview of Albert Cowie on 01/26/2016 | | |
| | **Cuddy-Fisher, Michele 3529** | | |
| 3529A | Report of Interview of Michele Cuddy-Fisher on 12/30/2015 | | |

12

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Cumbo, Thomas 3530** | | |
| 3530A | Report of Interview of Thomas Cumbo on 05/17/2016 with attached handwritten agent notes | | |
| | **Cuthbert, Gary 3531** | | |
| 3531A | Report of Interview of Gary Cuthbert on 03/18/2013 | | |
| 3531B | Report of Interview of Gary Cuthbert on 05/29/2013 | | |
| 3531C | Report of Interview of Gary Cuthbert on 09/14/2014 | | |
| | **Cuthbert, Ryan 3532** | | |
| 3532A | Reserved | | |
| | **Dave, Nikita 3533** | | |
| 3533A | Grand Jury Transcript of Nikita Dave on 01/19/2016 | | |

13

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X Government<br>___ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3533B | Report of Interview of Nikita Dave on 09/12/2014 | | |
| | **Dawson, David**<br>**3534** | | |
| 3534A | Report of Interview of David Dawson on 02/25/2013 | | |
| | **Day, Daniel**<br>**3535** | | |
| 3535A | Report of Interview of Daniel Day on 10/27/2017 | | |
| | **Olday, David**<br>**3536** | | |
| 3536A | Report of Interview of David Olday on 05/13/2019 with attached handwritten agent notes and Hamburg Police Report | | |
| | **Diestler, Tami**<br>**3537** | | |
| 3537A | Report of Interview of Tami Diestler on 03/13/2018 | | |

14

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X  Government ____ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| Donovan, Shannon 3538 | | | |
| 3538A | Grand Jury Transcript of Shannon Donovan on 01/12/2016 | | |
| 3538B | Report of Interview of Shannon Donovan on 09/12/2014 | | |
| 3538C | Report of Interview of Shannon Donovan on 12/30/2015 | | |
| 3538D | Report of Interview of Shannon Donovan on 01/12/2016 | | |
| Duffin, Mark 3539 | | | |
| 3539A | Grand Jury Transcript of Mark Duffin on 02/16/2016 | | |
| 3539B | Report of Interview [FD-302] of Mark Duffin on 07/29/2014 | | |
| 3539C | Report of Interview [DEA-6] of Mark Duffin on 07/29/2014 | | |
| 3539D | Report of Interview of Mark Duffin on 08/01/2014 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X   Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3539E | Report of Interview of Mark Duffin on 09/08/2014 | | |
| 3539F | Report of Interview of Mark Duffin on 09/11/2014 | | |
| 3539G | Report of Interview of Mark Duffin on 10/20/2014 | | |
| 3539H | Report of Interview of Mark Duffin on 04/14/2015 with attached handwritten agent notes | | |
| 3539I | Report of Interview of Mark Duffin on 02/12/2016 with attached handwritten agent notes | | |
| **Dugan, Bonnie 3540** | | | |
| 3540A | Grand Jury Transcript of Bonnie Dugan on 12/29/2015 | | |
| 3540B | Grand Jury Transcript of Bonnie Dugan on 04/11/2017 | | |
| 3540C | Report of Interview of Bonnie Dugan on 09/05/2014 | | |
| 3540D | Report of Interview of Bonnie Dugan on 09/12/2014 | | |

16

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| colspan=4 | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF NEW YORK**<br>**3500 EXHIBIT LIST**<br>**U.S. v. Eugene Gosy** |

| | | | |
|---|---|---|---|
| colspan=2 | Case No.    16-CR-46-G<br>Date:        12/09/2019 | colspan=2 |   X   Government<br>_____ Defendant |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3540E | Report of Interview [FBI-302] of Bonnie Dugan on 01/27/2015 with attached handwritten agent notes | | |
| 3540F | Report of Interview [DEA-6] of Bonnie Dugan on 01/27/2015 | | |
| 3540G | Report of Interview of Bonnie Dugan on 04/11/2017 | | |
| colspan=4 | **Dzielski, Deborah**<br>**3541** |
| 3541A | Grand Jury Transcript of Deborah Dzielski on 01/26/2016 | | |
| 3541B | Grand Jury Transcript of Deborah Dzielski on 04/11/2017 | | |
| 3541C | Report of Interview of Deborah Dzielski on 09/12/2014 | | |
| 3541D | Report of Interview of Deborah Dzielski on 04/11/2017 | | |
| 3541E | Report of Interview of Deborah Dzielski on 12/01/2017 | | |

17

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>**3500 EXHIBIT LIST**<br>**U.S. v. Eugene Gosy** | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | | X   Government<br>____ Defendant |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Eder, Nancy<br>3542** | | |
| 3542A | Report of Interview of Nancy Eder on 09/20/2017 | | |
| | **Elkins, Kristen<br>3543** | | |
| 3543A | Grand Jury Transcript of Kristen Elkins on 01/19/2016 | | |
| 3543B | Report of Interview of Kristen Elkins on 09/12/2014 | | |
| 3543C | Report of Interview of Kristen Elkins on 06/17/2015 | | |
| 3543D | Report of Interview of Kristen Elkins on 01/15/2016 with attached handwritten agent notes | | |
| | **Fabiano, Marie Anne<br>3544** | | |
| 3544A | Grand Jury Transcript of Marie Anne Fabiano on 10/03/2017 | | |
| 3544B | Report of Interview of Marie Anne Fabiano on 09/26/2017 | | |

18

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF NEW YORK**<br>**3500 EXHIBIT LIST**<br>**U.S. v. Eugene Gosy** | | |
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | _X_ Government<br>____ Defendant | |
| 3544C | Report of Interview of Marie Anne Fabiano on 10/03/2017 | | |
| | **Farkas, Mike**<br>**3545** | | |
| 3545A | Report of Interview of Mike Farkas on 08/06/2018 | | |
| | **Whitte, Katharine**<br>**3546** | | |
| 3546A | Report of Interview of Katharine Whitte on 03/13/2019 with attached handwritten agent notes and reference attachment | | |
| | **Fisher, Michelle**<br>**3547** | | |
| 3547A | Grand Jury Transcript of Michelle Fisher on 03/01/2016 | | |
| | **Fitzgerald, Michelle**<br>**3548** | | |
| 3548A | Report of Interview of Michelle Fitzgerald on 09/12/2014 | | |
| 3548B | Report of Interview of Michelle Fitzgerald on 01/15/2016 with attached handwritten agent notes | | |

<table>
<tr><td colspan="4"><strong>UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST</strong><br><strong>U.S. v. Eugene Gosy</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Case No. | 16-CR-46-G | _X_ Government | |
| Date: | 12/09/2019 | ____ Defendant | |

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| | **Flanigan, Kelly**<br>**3549** | | |
| 3549A | Grand Jury Transcript of Kelly Flanigan on 02/02/2016 | | |
| 3549B | Report of Interview of Kelly Flanigan on 04/11/2016 | | |
| | **Fries, Edward**<br>**3550** | | |
| 3550A | Grand Jury Transcript of Edward Fries on 03/22/2016 | | |
| 3550B | Report of Interview of Edward Fries on 03/18/2016 with attached handwritten agent notes | | |
| | **Gallagher, Joe**<br>**3551** | | |
| 3551A | Report of Interview of Joe Gallagher on 11/17/2017 | | |
| | **Geddes, Kathleen**<br>**3552** | | |
| 3552A | Grand Jury Transcript of Kathleen Geddes on 09/12/2017 | | |

20

<table>
<tr><td colspan="4"><strong>UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST</strong><br><strong>U.S. v. Eugene Gosy</strong></td></tr>
</table>

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.  16-CR-46-G<br>Date:  12/09/2019 | | X  Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3552B | Report of Interview of Kathleen Geddes on 06/30/2017 | | |
| **Gergelis, Richard**<br>**3553** | | | |
| 3553A | Grand Jury Transcript of Richard Gergelis on 10/03/2017 | | |
| 3553B | Report of Interview of Richard Gergelis on 10/03/2017 | | |
| **Gianfrancheschi, Dean**<br>**3554** | | | |
| 3554A | Grand Jury Transcript of Dean Gianfrancheschi on 04/11/2017 | | |
| 3554B | Report of Interview of Dean Gianfrancheschi on 03/09/2017 | | |
| **Goslinski, Fawn**<br>**3555** | | | |
| 3555A | Grand Jury Transcript of Fawn Goslinski on 02/02/2016 | | |
| 3555B | Report of Interview of Fawn Goslinski on 10/15/2009 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X Government ___ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| 3555C | Report of Interview of Fawn Goslinski on 01/28/2013 | | |
| 3555D | Report of Interview of Fawn Goslinski 02/05/2013 | | |
| 3555E | Report of Interview of Fawn Goslinski 02/08/2013 | | |
| 3555F | Report of Interview of Fawn Goslinski 02/12/2013 | | |
| 3555G | Report of Interview of Fawn Goslinski 02/13/2013 | | |
| 3555H | Report of Interview of Fawn Goslinski 02/20/2013 | | |
| 3555I | Report of Interview [FBI-1023] of Fawn Goslinski 03/01/2013 | | |
| 3555J | Report of Interview [DEA-6] of Fawn Goslinski 03/01/2013 | | |
| 3555K | Report of Interview [FBI-1023] of Fawn Goslinski 03/25/2013 | | |
| 3555L | Report of Interview [FBI-1023] of Fawn Goslinski 03/25/2013 | | |

22

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. | 16-CR-46-G | X Government | |
| Date: | 12/09/2019 | ___ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3555M | Report of Interview [DEA-6] of Fawn Goslinski 03/25/2013 | | |
| 3555N | Report of Interview of Fawn Goslinski 03/26/2013 | | |
| 3555O | Report of Interview of Fawn Goslinski 04/22/2013 | | |
| 3555P | Report of Interview of Fawn Goslinski 05/14/2013 | | |
| 3555Q | Report of Interview of Fawn Goslinski 06/03/2013 | | |
| 3555R | Report of Interview of Fawn Goslinski 07/25/2013 | | |
| 3555S | Report of Interview of Fawn Goslinski 08/06/2013 | | |
| 3555T | Report of Interview of Fawn Goslinski 08/20/2013 | | |
| 3555U | Report of Interview of Fawn Goslinski 10/28/2013 | | |
| 3555V | Report of Interview of Fawn Goslinski 07/03/2014 | | |

23

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3555W | Report of Interview of Fawn Goslinski 07/18/2014 | | |
| 3555X | Report of Interview of Fawn Goslinski 07/22/2014 | | |
| 3555Y | Report of Interview of Fawn Goslinski 08/26/2014 | | |
| 3555Z | Report of Interview of Fawn Goslinski 09/08/2014 | | |
| 3555AA | Report of Interview of Fawn Goslinski 09/08/2015 | | |
| 3555AB | Report of Interview of Fawn Goslinski 04/01/2018 | | |
| **Greeson, Cheryl 3556** | | | |
| 3556A | Grand Jury Transcript of Cheryl Greeson on 09/12/2017 | | |
| 3556B | Report of Interview of Cheryl Greeson on 09/12/2017 | | |

24

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. | 16-CR-46-G | | X  Government |
| Date: | 12/09/2019 | | ____ Defendant |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Guarino, Ross 3557** | | |
| 3557A | Grand Jury Transcript of Ross Guarino on 02/09/2016 | | |
| 3557B | Report of Interview of Ross Guarino on 07/22/2014 | | |
| | **Hadden, Debbra 3558** | | |
| 3558A | Grand Jury Transcript of Debbra Hadden on 01/19/2016 | | |
| 3558B | Grand Jury Transcript of Debbra Hadden on 04/11/2017 | | |
| 3558C | Report of Interview of Debbra Hadden on 09/12/2014 | | |
| 3558D | Report of Interview of Debbra Hadden on 04/11/2017 | | |
| | **Hage, Kirin 3559** | | |
| 3559A | Grand Jury Transcript of Kirin Hage on 04/11/2017 | | |

25

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. 16-CR-46-G Date: 12/09/2019 | | X Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3559B | Grand Jury Transcript of Kirin Hage on 09/12/2017 | | |
| 3559C | Grand Jury Transcript of Kirin Hage on 10/10/2017 | | |
| 3559D | Grand Jury Transcript of Kirin Hage on 11/07/2017 | | |
| 3559E | Report of Investigative Activity by Kirin Hage dated 10/12/2017 | | |
| 3559F | Report of Investigative Activity by Kirin Hage dated 11/03/2017 with attached handwritten notes | | |
| 3559G | Report of Investigative Activity by Kirin Hage dated 08/07/2018 | | |
| | **Hail, Dr. Stacey 3560** | | |
| 3560A | Curriculum Vitae of Dr. Stacey Hail | | |
| 3560B | Report of Interview of Dr. Stacey Hail on 10/06/2017 | | |
| 3560C | Report of Interview of Dr. Stacey Hail on 07/09/2019 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X Government ____ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| 3560D | Report of Interview of Dr. Stacey Hail on 08/19/2019 | | |
| 3560E | Report of meeting with Dr. Stacey Hail on 10/29/2019 | | |
| | **R.H. 3561** | | |
| 3561A | Report of Interview of R.H. on 09/27/2017 | | |
| | **Heary, Blanka 3562** | | |
| 3562A | Grand Jury Transcript of Blanka Heary on 02/02/2016 | | |
| 3562B | Report of Interview of Blanka Heary on 01/07/2016 | | |
| | **E.H. 3563** | | |
| 3563A | Grand Jury Transcript of E.H. on 10/03/2017 | | |
| 3563B | Report of Interview of E.H. on 09/25/2017 | | |

27

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | _X_ Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3563C | Report of Interview of E.H. on 10/03/2017 | | |
| | **W.H.**<br>**3564** | | |
| 3564A | Grand Jury Transcript of W.H. on 09/12/2017 | | |
| 3564B | Report of Interview of W.H. on 07/21/2017 | | |
| 3564C | Report of Interview of W.H. on 09/12/2017 | | |
| | **Hitt, Dr. James**<br>**3565** | | |
| 3565A | Report of Interview of James Hitt on 11/10/2016 | | |
| 3565B | Report of Interview of James Hitt on 11/15/2016 | | |
| 3565C | Report of Interview of James Hitt on 11/21/2016 | | |

28

<table>
<tr><td colspan="4"><strong>UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | | <u>X</u>  Government<br>____  Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| | **Holmes, Laurie<br>3566** | | |
| 3566A | Report of Investigative Activity by Laurie Holmes dated 09/09/2016 | | |
| | **Hyla, Elizabeth<br>3567** | | |
| 3567A | Grand Jury Transcript of Elizabeth Hyla on 01/19/2016 | | |
| 3567B | Report of Interview [FBI-302] of Elizabeth Hyla on 09/12/2014 with attached handwritten agent notes | | |
| 3567C | Report of Interview [DEA-6] of Elizabeth Hyla on 09/12/2014 | | |
| 3567D | Report of Interview of Elizabeth Hyla on 12/18/2017 | | |
| | **Hynes, Robert<br>3568** | | |
| 3568A | Report of Interview of Robert Hynes on 07/09/2015 | | |

29

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | _X_ Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **S.J.<br>3569** | | |
| 3569A | Grand Jury Transcript of S.J. on 10/03/2017 | | |
| 3569B | Report of Interview of S.J.on 09/19/2017 | | |
| 3569C | Report of Interview of S.J.on 10/03/2017 | | |
| | **Joura, Jonathan<br>3570** | | |
| 3570A | Grand Jury Transcript of Jonathan Joura on 02/16/2016 | | |
| 3570B | Report of Interview of Jonathan Joura on 04/11/2014 | | |
| | **Juergens, Kimberly<br>3571** | | |
| 3571A | Grand Jury Transcript of Kimberly Juergens on 04/11/2017 | | |
| 3571B | Report of Interview of Kimberly Juergens on 03/13/2017 | | |

30

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X  Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3571C | Report of Interview of Kimberly Juergens on 04/11/2017 | | |
| 3571D | Hamburg Police Department Deposition of Fact by Kimberly Juergens, March 2011 | | |
| | **Kelley, Leslie**<br>**3572** | | |
| 3572A | Report of Investigative Activity by Leslie Kelley dated 08/10/2016 | | |
| 3572B | Report of Investigative Activity by Leslie Kelley dated 08/10/2016 | | |
| | **Kendziora, Nancy**<br>**3573** | | |
| 3573A | Grand Jury Transcript of Nancy Kendziora on 10/03/2017 | | |
| 3573B | Report of Interview of Nancy Kendziora on 09/15/2017 | | |
| | **Kleiman, Natasha**<br>**3574** | | |
| 3574A | Grand Jury Transcript of Natasha Kleiman on 02/02/2016 | | |

31

<table>
<tr><td colspan="4"><b>UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy</b></td></tr>
<tr><td colspan="2">Case No.　16-CR-46-G<br>Date:　　12/09/2019</td><td colspan="2">　X　Government<br>　　　Defendant</td></tr>
<tr><th>EXHIBIT NUMBER</th><th>DESCRIPTION</th><th>Date Marked for Identification</th><th>Date Received in Evidence</th></tr>
<tr><td>3574B</td><td>Report of Interview of Natasha Kleiman on 01/17/2014</td><td></td><td></td></tr>
<tr><td>3574C</td><td>Report of Interview of Natasha Kleiman on 01/24/2014</td><td></td><td></td></tr>
<tr><td>3574D</td><td>Report of Interview of Natasha Kleiman on 01/17/2014 and 01/24/2014</td><td></td><td></td></tr>
<tr><td>3574E</td><td>Report of Interview of Natasha Kleiman on 02/14/2014</td><td></td><td></td></tr>
<tr><td>3574F</td><td>Report of Interview of Natasha Kleiman on 02/20/2014</td><td></td><td></td></tr>
<tr><td>3574G</td><td>Report of Interview of Natasha Kleiman on 03/18/2014</td><td></td><td></td></tr>
<tr><td colspan="4"><b>Kline, Rick<br>3575</b></td></tr>
<tr><td>3575A</td><td>Report of Interview of Rick Kline on 04/29/2013</td><td></td><td></td></tr>
<tr><td colspan="4"><b>Kress, Carrie<br>3576</b></td></tr>
<tr><td>3576A</td><td>Grand Jury Transcript of Carrie Kress on 03/08/2016</td><td></td><td></td></tr>
</table>

32

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3576B | Report of Interview of Carrie Kress on 02/02/2016 | | |
| | **Ksiazek, Nicole**<br>**3577** | | |
| 3577A | Grand Jury Transcript of Nicole Ksiazek on 02/02/2016 | | |
| 3577B | Report of Interview of Nicole Ksiazek on 04/08/2014 | | |
| 3577C | Report of Interview of Nicole Ksiazek on 04/25/2014 | | |
| 3577D | Report of Interview of Nicole Ksiazek on 08/29/2014 | | |
| | **Labert, Caitlin**<br>**3578** | | |
| 3578A | Grand Jury Transcipt of Caitlin Labert on 02/16/2016 | | |
| 3578B | Report of Interview of Caitlin Labert on 02/16/2016 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X  Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **M.L. 3579** | | |
| 3579A | Grand Jury Transcript of M.L. on 11/07/2017 | | |
| 3579B | Report of Interview of M.L. on 07/18/2017 | | |
| | **Latko, Jamie 3580** | | |
| 3580A | Report of Interview of Jamie Latko on 10/15/2014 | | |
| | **LaValley, Hunter 3581** | | |
| 3581A | Report of Interview of Hunter LaValley on 06/08/2017 | | |
| | **LaValley, Mary 3582** | | |
| 3582A | Report of Interview of Mary LaValley on 05/16/2017 | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**3500 EXHIBIT LIST**
**U.S. v. Eugene Gosy**

| Case No. | 16-CR-46-G | | X Government |
|---|---|---|---|
| Date: | 12/09/2019 | | ____ Defendant |

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| | **Leising, Lisa** **3583** | | |
| 3583A | Report of Interview of Lisa Leising on 05/11/2015 | | |
| | **Lerner, Alan** **3584** | | |
| 3584A | Report of Interview of Alan Lerner on 11/29/2017 | | |
| | **Lerner, Margaret** **3585** | | |
| 3585A | Report of Interview of Margaret Lerner on 11/29/2017 | | |
| | **J.L.** **3586** | | |
| 3586A | Grand Jury Transcript of J.L. on 08/08/2017 | | |
| 3586B | Report of Interview of J.L. on 07/20/2017 | | |
| 3586C | Email communication from J.L. on 08/01/2017 | | |

35

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Lubran, Robert 3587** | | |
| 3587A | Report of Interview of Robert Lubran on 03/06/2013 | | |
| 3587B | Report of Conversation/Communication with Robert Lubran on 03/06/2013 | | |
| | **Mackowiak, Rick 3588** | | |
| 3588A | Report of Interview of Rick Mackowiak on 08/03/2017 with attachments | | |
| | **Mahone, Anthony 3589** | | |
| 3589A | Report of Interview of Anthony Mahone on 09/21/2017 | | |
| 3589B | Report of Interview of Anthony Mahone on 10/03/2017 | | |
| | **Mahone, Kimberly 3590** | | |
| 3590A | Grand Jury Transcript of Kimberly Mahone on 10/03/2017 | | |

36

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X  Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3590B | Report of Interview of Kimberly Mahone on 09/21/2017 | | |
| 3590C | Report of Interview of Kimberly Mahone on 10/03/2017 | | |
| | **Malecki, Nicole**<br>**3591** | | |
| 3591A | Grand Jury Transcript of Nicole Malecki on 01/05/2016 | | |
| 3591B | Report of Interview of Nicole Malecki on 09/12/2014 | | |
| | **Mann, Mary Clare**<br>**3592** | | |
| 3592A | Report of Interview Mary Clare Mann on 03/22/2017 | | |
| | **C.M.**<br>**3593** | | |
| 3593A | Grand Jury Transcript of C.M. on 08/08/2017 | | |
| 3593B | Report of Interview of C.M. on 06/28/2017 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X  Government<br>___ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Mason, Steve**<br>**3594** | | |
| 3594A | Report of Interview of Steve Mason on 03/06/2013 | | |
| | **Mason, Veronica**<br>**3595** | | |
| 3595A | Report of Interview of Veronica Mason on 04/29/2017 | | |
| | **J.M.**<br>**3596** | | |
| 3596A | Grand Jury Transcript of J.M. on 10/03/2017 | | |
| 3596B | Report of Interview of J.M. on 07/21/2017 | | |
| 3596C | Report of Interview of J.M. on 10/03/2017 | | |
| | **Messina, Tina**<br>**3597** | | |
| 3597A | Grand Jury Transcript of Tina Messina on 03/01/2016 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.    16-CR-46-G Date:    12/09/2019 | | X  Government ____  Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3597B | Report of Interview [FD-302] of Tina Messina on 09/12/2014 | | |
| 3597C | Report of Interview [DEA-6] of Tina Messina on 09/12/2014 | | |
| | **Mogilski, Mary 3598** | | |
| 3598A | Report of Interview of Mary Mogilski on 06/02/2017 | | |
| | **Moley, Christine 3599** | | |
| 3599A | Grand Jury Transcript of Christine Moley on 03/01/2016 | | |
| 3599B | Report of Interview of Christine Moley on 12/18/2017 | | |
| 3599C | Report of Interview of Christine Moley on 02/09/2018 | | |
| | **Murtha, Patrick 3600** | | |
| 3600A | Report of Interview of Patrick Murtha on 01/28/2013 | | |

39

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | _X_ Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **P.N. 3601** | | |
| 3601A | Report of Interview of P.N. on 07/28/2017 | | |
| | **Nigrelli, Peter 3602** | | |
| 3602A | Grand Jury Transcript of Peter Nigrelli on 08/08/2017 | | |
| 3602B | Report of Interview of Peter Negrelli in 06/26/2017 | | |
| | **Osiewicz, Robert 3603** | | |
| 3603A | Report of Interview of Robery Osiewicz on 11/02/2017 regarding legal representation | | |
| 3603B | Report of Interview of Robery Osiewicz on 11/02/2017 | | |
| | **Parran, Theodore 3604** | | |
| 3604A | Report of Interview of Theodore Parran on 11/03/2015 | | |

40

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | _X_ Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3604B | Report of Interview of Theodore Parran on 07/20/2017 | | |
| 3604C | Report of Interview of Theodore Parran on 08/01/2017 with attached handwritten agent notes | | |
| 3604D | Report of Interview of Theodore Parran on 08/31/2017 | | |
| 3604E | Report of Interview of Theodore Parran on 10/192017 | | |
| 3604F | Report of Conversation with Theodore Parran on 08/28/2017 with attached handwritten agent notes | | |
| 3604G | Curriculum Vitae of Theodore Parran | | |
| 3604H | Report of meeting with Theodore Parran on 12/02/2019 with attached handwritten agent notes | | |
| **Passafiume, Debra<br>3605** | | | |
| 3605A | Grand Jury Transcript of Debra Passafiume on 01/12/2016 | | |
| 3605B | Report of Interview of Debra Passafiume in 09/12/2014 with attached handwritten agent notes | | |

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| \multicolumn — **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF NEW YORK**<br>**3500 EXHIBIT LIST**<br>**U.S. v. Eugene Gosy** | | | |

| | | | |
|---|---|---|---|
| Case No. | 16-CR-46-G | _X_ Government | |
| Date: | 12/09/2019 | ___ Defendant | |

| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
|---|---|---|---|
| \multicolumn4 **Paul, Virginia**<br>**3606** | | | |
| 3606A | Grand Jury Transcript of Virginia Paul on 12/29/2015 | | |
| 3606B | Report of Interview of Virginia Paul on 06/12/2013 | | |
| 3606C | Report of Interview of Virginia Paul on 05/21/2014 | | |
| 3606D | Report of Interview of Virginia Paul on 05/07/2015 | | |
| 3606E | Report of Interview of Virginia Paul on 10/11/2016 | | |
| 3606F | Report of Identification of Virginia Paul 03/04/2017 | | |
| 3606G | Report of Interview of Virginia Paul 03/04/2017 | | |
| \multicolumn4 **Pearce, Douglas**<br>**3607** | | | |
| 3607A | Report of Interview of Douglas Pearce on 11/28/2017 | | |

42

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. | 16-CR-46-G | X Government | |
| Date: | 12/09/2019 | ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Peterson, Rosemarie 3608** | | |
| 3608A | Text Message Exchange of Rosemarie Peterson on 12/06/2017 | | |
| | **Phillips, Darleen 3609** | | |
| 3609A | Grand Jury Transcript of Darleen Phillips on 12/29/2015 | | |
| 3609B | Report of Interview of Darleen Phillips on 09/12/2014 | | |
| | **Phillips, Sheila 3610** | | |
| 3610A | Grand Jury Transcript of Sheila Phillips on 02/16/2016 | | |
| 3610B | Report of Interview of Sheila Phillips on 01/28/2013 | | |
| 3610C | Report of Interview of Sheila Phillips on 03/08/2013 | | |
| 3610D | Report of Interview of Sheila Phillips on 03/14/2013 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X   Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3610E | Report of Interview of Sheila Phillips on 07/23/2013 | | |
| 3610F | Report of Interview of Sheila Phillips on 10/18/2013 | | |
| | **Pliss, Lioudmila**<br>**3611** | | |
| 3611A | Grand Jury Transcript of Lioudmila Pliss on 05/09/2017 | | |
| 3611B | Report of Interview of Lioudmila Pliss on 09/12/2014 | | |
| 3611C | Report of Interview [FBI-302] of Lioudmila Pliss on 04/11/2017 | | |
| 3611D | Report of Interview [DEA-6] of Lioudmila Pliss on 04/11/2017 | | |
| 3611E | Report of Interview of Lioudmila Pliss on 12/13/2017 | | |
| | **Provost, Thomas**<br>**3612** | | |
| 3612A | Grand Jury Transcript of Thomas Provost on 03/29/2016 | | |

44

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X Government<br>___ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3612B | Grand Jury Transcript of Thomas Provost on 04/26/2016 | | |
| 3612C | Grand Jury Transcript of Thomas Provost on 04/11/2017 | | |
| 3612D | Grand Jury Transcript of Thomas Provost on 05/09/2017 | | |
| 3612E | Grand Jury Transcript of Thomas Provost on 06/27/2017 | | |
| 3612F | Report of Investigative Activity of Thomas Provost dated 02/01/2016 | | |
| 3612G | Report of Investigative Activity of Thomas Provost dated 11/04/2016 | | |
| **Przybyla, Steven**<br>**3613** | | | |
| 3613A | Report of Interview of Steven Przybyla on 10/31/2017 | | |
| **Rath, Darren**<br>**3614** | | | |
| 3614A | Grand Jury Transcript of Darren Rath on 03/01/2016 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. | 16-CR-46-G | | X   Government |
| Date: | 12/09/2019 | | ____ Defendant |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3614B | Report of Interview of Darren Rath on 09/12/2014 | | |
| 3614C | Report of Interview of Darren Rath on 10/03/2014 | | |
| | **Renucci, Lara 3615** | | |
| 3615A | Email communication of Lara Renucci on 08/26/2013 | | |
| | **Roberts, Marge 3616** | | |
| 3616A | Grand Jury Transcript of Marge Roberts on 01/12/2016 | | |
| 3616B | Report of Interview of Marge Roberts on 07/09/2014 | | |
| | **G.R. 3617** | | |
| 3617A | Grand Jury Transcript of G.R. on 11/07/2017 | | |
| 3617B | Report of Interview of G.R. on 09/28/2017 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>**3500 EXHIBIT LIST**<br>**U.S. v. Eugene Gosy** | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | _X_ Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Ross, Michael**<br>**3618** | | |
| 3618A | Grand Jury Transcript of Michael Ross on 08/08/2017 | | |
| 3618B | Report of Interview of Michael Ross on 06/26/2017 | | |
| | **Salamanchuk, Ashley**<br>**3619** | | |
| 3619A | Report of Interview of Ashley Salamanchuk on 01/31/2017 with attached handwritten agent notes | | |
| | **Salamanchuk, Joan**<br>**3620** | | |
| 3620A | Report of Interview of Joan Salamanchuk on 01/31/2017 with attached handwritten agent notes | | |
| | **Schuler, Marianne**<br>**3621** | | |
| 3621A | Grand Jury Transcript of Marianne Schuler on 02/09/2016 | | |
| 3621B | Report of Interview [HHS-OI3] of Marianne Schuler on 09/15/2014 | | |

47

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| 3621C | Report of Interview [DEA-6] of Marianne Schuler on 09/15/2014 | | |
| | **Schumacker, Eric 3622** | | |
| 3622A | Grand Jury Transcript of Eric Schumacker on 04/11/2017 | | |
| 3622B | Report of Interview of Eric Schumacker on 02/02/2017 | | |
| 3622C | Report of Interview of Eric Schumacker on 11/17/2017 | | |
| | **D.S. 3623** | | |
| 3623A | Grand Jury Transcript of D.S. on 03/21/2017 | | |
| 3623B | Report of Interview of D.S. on 03/10/2017 | | |
| | **Sharples, Barbara 3624** | | |
| 3624A | Report of Interview of Barbara Sharples on 04/14/2016 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X  Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Shaw, Judith Ellen**<br>**3625** | | |
| 3625A | Report of Interview of Judith Ellen Shaw on 11/28/2017 | | |
| | **Skinner, Herbert**<br>**3626** | | |
| 3626A | Report of Interview of Herbert Skinner on 05/23/2016 | | |
| | **Skura, Hillary**<br>**3627** | | |
| 3627A | Report of Interview of Hillary Skura on 03/07/2017 | | |
| | **Skura, Marlene**<br>**3628** | | |
| 3628A | Report of Interview of Marlene Skura on 03/07/2017 | | |
| | **Skura, Matthew**<br>**3629** | | |
| 3629A | Report of Interview of Matthew Skura on 03/07/2017 | | |

49

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | | <u>X</u> Government<br>____ Defendant |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **D.S.<br>3630** | | |
| 3630A | Report of Interview of D.S. on 08/14/2017 | | |
| | **Smiraglia, Christina<br>3631** | | |
| 3631A | Grand Jury Transcript of Christina Smiraglia on 04/11/2017 | | |
| 3631B | Report of Interview of Christina Smiraglia on 01/24/2017 | | |
| | **Smith, Cheryl<br>3632** | | |
| 3632A | Report of Interview of Cheryl Smith on 09/19/2017 | | |
| | **Snyder, Bonnie<br>3633** | | |
| 3633A | Report of Interview of Bonnie Snyder on 06/12/2017 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | _X_ Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Solbel-Berger, Elain 3634** | | |
| 3634A | Grand Jury Transcript of Elain Solbel-Berger on 03/22/2016 | | |
| | **St. John, Marianne 3635** | | |
| 3635A | Grand Jury Transcript of Marianne St. John on 07/11/2017 | | |
| | **Strong, Jacqueline 3636** | | |
| 3636A | Report of Interview of Jacqueline Strong on 06/19/2018 | | |
| | **Taft, William 3637** | | |
| 3637A | Report of Interview of William Taft on 06/29/2015 | | |
| | **Talarcio, Daniel 3638** | | |
| 3638A | Report of Interview of Daniel Talarico on 11/08/2017 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X   Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Timblin, Kim 3639** | | |
| 3639A | Report of Interview of Kim Timblin on 01/22/2016 | | |
| | **Tomiuk, Rita 3640** | | |
| 3640A | Grand Jury Transcript of Rita Tomiuk on 08/08/2017 | | |
| 3640B | Report of Interview of Rita Tomiuk on 07/27/2017 | | |
| | **Tracy, Jerry 3641** | | |
| 3641A | Report of Interview of Jerry Tracy on 06/24/2014 | | |
| 3641B | Report of Interview [FBI-302] of Jerry Tracy on 01/07/2015 | | |
| 3641C | Report of Interview [DEA-6] of Jerry Tracy on 01/07/2015 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. Date: | 16-CR-46-G 12/09/2019 | X  Government ____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Trzewieczynski, Dean 3642** | | |
| 3642A | Report of Interview of Dean Trzewieczynski on 03/03/2016 | | |
| | **Turello, Karen 3643** | | |
| 3643A | Grand Jury Transcript of Karen Turello on 10/10/2017 | | |
| | **Underwood, Catherine 3644** | | |
| 3644A | Report of Interview of Catherine Underwood on 10/25/2017 | | |
| | **Vaccaro, Victoria 3645** | | |
| 3645A | Report of Interview of Victoria Vaccaro on 01/30/2017 | | |
| | **Valentino, Jill 3646** | | |
| 3646A | Report of Interview of Jill Valentino on 09/12/2017 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | | X  Government<br>___ Defendant |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| **Vidmer, Nina<br>3647** | | | |
| 3647A | Report of Interview of Nina Vidmer on 08/26/2013 | | |
| 3647B | Report of Interview of Nina Vidmer on 09/03/2013 | | |
| **Walker, Heather<br>3648** | | | |
| 3648A | Grand Jury Transcript of Heather Walker on 01/19/2016 | | |
| 3648B | Report of Interview [FBI-302] of Heather Walker on 09/12/2014 with attached handwritten agent notes | | |
| 3648C | Report of Interview [DEA-6] of Heather Walker on 09/12/2014 | | |
| **C.W.<br>3649** | | | |
| 3649A | Grand Jury Transcript of C.W. on 10/10/2017 | | |
| 3649B | Report of Interview of C.W. on 09/21/2017 | | |

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. 16-CR-46-G Date: 12/09/2019 | | X Government ____ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| 3649C | Report of Interview of C.W. on 10/03/2017 | | |
| | **K.W. 3650** | | |
| 3650A | Report of Interview of K.W. on 07/17/2017 | | |
| | **Williford, Dairo 3651** | | |
| 3651A | Report of Interview of Dairo Williford on 06/01/2017 | | |
| | **Winkelsas, Jennifer 3652** | | |
| 3652A | Grand Jury Transcript of Jennifer Winkelsas on 07/11/2017 | | |
| 3652B | Report of Interview of Jennifer Winkelsas on 06/13/2017 | | |
| | **Winklesas, Joseph 3653** | | |
| 3653A | Report of Interview of Joseph Winkelsas on 06/13/2017 | | |

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>3500 EXHIBIT LIST<br>U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | X Government<br>____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Wojicki, Conrad<br>3654** | | |
| 3654A | Report of Interview of Conrad Wojicki on 11/30/2017 | | |
| | **Zatempowski, James<br>3655** | | |
| 3655A | Report of Interview of James Zatempowski on 07/20/2017 | | |
| | **Zurek, Jacob<br>3656** | | |
| 3656A | Grand Jury Transcript of Jacob Zurek on 05/09/2017 | | |
| 3656B | Report of Interview of Jacob Zurek on 03/09/2017 | | |
| | **Campbell, Lisa<br>3657** | | |
| 3657A | Report of Interview of Lisa Campbell on 6/19/17 | | |

56

| | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK 3500 EXHIBIT LIST U.S. v. Eugene Gosy | | |
|---|---|---|---|
| Case No. 16-CR-46-G Date: 12/09/2019 | | X  Government ____ Defendant | |
| EXHIBIT NUMBER | DESCRIPTION | Date Marked for Identification | Date Received in Evidence |
| | **F.G. 3658** | | |
| 3658A | Report of Interview of F.G. on 7/09/19 | | |
| | **Fisher, Christopher 3659** | | |
| 3659A | Report of Interview of Christopher Fisher on 11/04/1 | | |
| | **Wilczak, Lisa 3660** | | |
| 3660A | Report of Interview of Lisa Wilczak on 8/19/19 | | |
| | **Baldwin, Jesse 3661** | | |
| 3661A | Report of Interview of Jesse Baldwin on 1/28/16 | | |
| | **Outten, Sue Ellen** | | |
| 3662A | Report of Interview of Sue Ellen Outten 9/19/19 | | |

57

| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF NEW YORK<br>**3500 EXHIBIT LIST**<br>**U.S. v. Eugene Gosy** | | |
|---|---|---|---|
| Case No.<br>Date: | 16-CR-46-G<br>12/09/2019 | __X__ Government<br>_____ Defendant | |
| **EXHIBIT NUMBER** | **DESCRIPTION** | **Date Marked for Identification** | **Date Received in Evidence** |
| | **Brown, Amanda** | | |
| 3663A | Report of Interview of Amanda Brown on 8/08/19 | | |
| | **Caldwell, David**<br>**3664** | | |
| 3664A | Report of Interview of David Caldwell on 11/18/19 | | |
| 3664B | Town of Hamburg Police Department Deposition of Fact by David Caldwell 3/27/1 | | |
| | **Lichtenfeld, Peter** | | |
| 3665A | Report of Interview of Dr. Peter Lichtenfeld on 11/25/19 | | |